UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATRINA HOUSER,

    Plaintiff,

        v.

SSI,

    Defendant.

Civil Action No. 14-132 (JEB)

## MEMORANDUM OPINION

Plaintiff Katrina Houser filed a one-sentence *pro se* Complaint in D.C. Superior Court on October 29, 2013, which states in full: "Did not get money for Nov-Dec 2012 none pay from SSI-IDA- Lawsuit [*sic*]." ECF No. 1 (Notice of Removal), Attach. 2 (Complaint). After the Social Security Administration removed the case to this Court, it filed a Motion to Dismiss. See ECF No. 6. On March 13, 2014, the Court issued an Order directing Plaintiff to respond to the Motion by April 3 or risk the Court's deeming the matter conceded. See ECF No. 7. As Plaintiff has not done so, the Court will treat the Motion as conceded and dismiss the case without prejudice. See LCvR 7(b). A contemporaneous Order will so state.

                                              /s/ *James E. Boasberg*
                                              JAMES E. BOASBERG
                                              United States District Judge

Date: April 9, 2014